FILED 20 SEP '11 16:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:11-cr-375-HA |
| v. | INDICTMENT |
| WILLIAM FLOYD MOORE, Defendant. | 18 U.S.C. § 2113(a) |

THE GRAND JURY CHARGES:

### COUNT 1
### (Bank Robbery)

On or about September 8, 2011, in the District of Oregon, WILLIAM FLOYD MOORE, defendant herein, by force, violence and intimidation, did knowingly take from the person and presence of another, approximately $2315.00 in United States currency, which was then in the care, custody, control, management, and possession of the US Bank, 10830 SE Oak Street, Milwaukie, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

DATED this 20th day of September 2011.

A TRUE BILL:

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

GREGORY R. NYHUS, OSB# 913841
Assistant United States Attorney