Harold P. DuCloux, III
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Harold_DuCloux@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 3:11-CR-00375-HA |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT'S MOTION TO COMPEL DISCOVERY |
| WILLIAM FLOYD MOORE, | |
| Defendant. | |

The defendant, William Floyd Moore, through his attorney, Harold DuCloux, III, hereby moves the Court for an order compelling discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The Court previously ordered that discovery be provided to the defense; however, not all discovery has been provided. In particular, the defense seeks the following evidence:

    1.    An unredacted copy of the discovery;

    2.    The names and addresses of every prospective government witness to be called at trial;

3.      The arrest and conviction record and impeaching or bad character evidence relating to each prospective government witness;

4.      The names and address of all witnesses interviewed by the government;

5.      The name of any person who could not identify the defendant or was unsure of his identity or his participation in the crime charged and the content of any such statement; and

6.      All marked and imaged copies of latent finger and palm prints sufficient for comparison that were analyzed by the Department of State Police Forensics Laboratory.

Respectfully submitted on July 10, 2012.

    /s/ Harold P. DuCloux, III
Harold P. DuCloux, III
Attorney for Defendant