## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case Nos.   3:11-CR-00375-BR** |
| **Plaintiff,** | **3:11-CR-00379-BR** |
| v. | **ORDER GRANTING JOINT MO-TION TO REDUCE SENTENCE** |
| **WILLIAM FLOYD MOORE,** | |
| **Defendant.** | |

BROWN, District Judge:

This matter is before the Court on a joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith amending the term of imprisonment to time served, and that Mr. Moore remain on home detention as a condition of his supervised release until April 11, 2024.

Dated this __25th__ day of October, 2022.

/s/ Anna J. Brown

Honorable Anna J. Brown
United States District Judge